THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Wilbert M. Washington, Appellant.
 
 
 

Appeal From Dillon County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No.  2012-UP-119  
 Submitted February 1, 2012  Filed
February 29, 2012

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor William B. Rogers, Jr., of
 Bennettsville, for Respondent.
 
 
 

PER CURIAM:  Wilbert M. Washington appeals his conviction for murder, arguing the
 circuit court erred by instructing the jury that malice may be inferred from
 conduct that shows a total disregard for human life.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL
 DISMISSED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.